UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ATTORNEY(S) STOKES LAW PLLC
CHURCH STREET STATION NEW YORK, NY 10008 |  PH: (773) 936-0722

14.8
Case Number: 1:26-CV-04351-JPO
Date Filed: 05/28/2026

**HASIBE RASHID**

vs

Plaintiff

**THE CITY OF NEW YORK AND CAMILLE JOSEPH VARLACK**

Defendant

## AFFIRMATION OF SERVICE

**CHRISTOPHER J. KLEIN**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **6/2/2026**, at **4:25 PM** at **100 Church Street, New York, NY 10007**, Deponent served the within **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, ELECTRONIC CASE FILING INSTRUCTIONS AND JUDGE OETKEN'S INDIVIDUAL RULES & PRACTICES IN CIVIL CASES** ,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: THE CITY OF NEW YORK C/O NEW YORK CITY LAW DEPARTMENT, Defendant therein named, ( hereinafter referred to as "subject").

By delivering to and leaving a true copy with **Ariton Marke**  said individual to be **Authorized Agent** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership.  A perceived description of Ariton Marke  is as follows:

**Perceived Gender**: Male      **Perceived Race**: White **Color of hair:** Brown    **Age**: 43
**Height**: 5ft9in-6ft0in     **Weight**: 161-200 Lbs.  **Other** : Glasses

I affirm this day _____June 3, 2026_____ , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this

document may be filed in an action or proceeding in a court of law.

_____
CHRISTOPHER J. KLEIN
Lic #    1188546
JobID    2643323



**Client's File No.:**

First Legal, 225 Broadway, Suite 440, New York, NY 10007; License Number: 2127642-DCWP
First Legal Buyer, Inc