**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
ATTORNEY(S) STOKES LAW PLLC
CHURCH STREET STATION NEW YORK, NY 10008 |  PH: (773) 936-0722

Index Number: 1:26-CV-04351-JPO
Date Filed: 05/27/2026

**HASIBE RASHID**

Plaintiff

vs

**THE CITY OF NEW YORK AND CAMILLE JOSEPH VARLACK**

Defendant

## AFFIRMATION OF SERVICE

**Johnson Nazaire**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **6/8/2026**, at **6:51 AM** at **706 PUTNAM AVE., BROOKLYN, NY 11221**, Deponent served the within **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, ELECTRONIC CASE FILING INSTRUCTIONS AND JUDGE OETKEN'S INDIVIDUAL RULES & PRACTICES IN CIVIL CASES** ,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **CAMILLE JOSEPH VARLACK**, Defendant therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **Jane Doe  (Co-Occupant)**, **a person of suitable age and discretion**.

Said premises is subject's **dwelling house (usual place of abode)** within the state. A perceived description of **Jane Doe**  is as follows:

**Perceived Gender**: Female     **Perceived Race**: Black **Color of hair:** Black    **Age**: 30-35
**Height**: 5ft4in-5ft8in     **Weight**: 100-130 Lbs.  **Other** :

In addition, the recipient described above, would not provide her full name.

On **June 8, 2026**, service was completed by mailing a true copy of the above stated document(s) to the Defendant at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" not indicating that the sender is an attorney or concerns an action against the person served, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

I affirm this day _____June 8, 2026_____  , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this

document may be filed in an action or proceeding in a court of law.

Johnson Nazaire

Johnson  Nazaire
Lic #    2113379-DCA
JobID    2643354



Client's File No.:

*FIRST LEGAL, 225 BROADWAY, SUITE 440, NEW YORK, NY 10007; LICENSE NUMBER: 2127642-DCWP*
*FIRST LEGAL BUYER, INC*