UNITED STATES  DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

HASIBE RASHID,

                                   Plaintiff,

                                                          **NOTICE OF APPEARANCE**

                    v.

                                                          1:26-cv-04351 (JPO)

THE CITY OF NEW YORK, and CAMILLE JOSEPH
VARLACK,

                                   Defendants.

----------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that Kathleen M. Linnane, an Assistant Corporation

Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, hereby

appears as attorney for THE CITY OF NEW YORK and CAMILLE JOSEPH VARLACK

("Defendants") in the above-captioned matter.  Accordingly, I respectfully request that any future

correspondence, filings, ECF notifications, or other information relating to this matter be addressed

to me at the address below.

Dated: New York, New York
       June 17, 2026

                    **STEVEN BANKS**
                    Corporation Counsel of the
                     City of New York
                    Attorney for the Defendants
                    100 Church Street, Rm. 2-126
                    New York, New York 10007-2601
                    (212) 356-2658
                    klinnane@law.nyc.gov


                    **/s/**
                    Kathleen M. Linnane
                    Assistant Corporation Counsel


To: All Counsel of Record (via ECF)