

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
**100 CHURCH STREET**
**NEW YORK, NY 10007**

**STEVEN BANKS**
*Corporation Counsel*

**KATHLEEN M. LINNANE**
Assistant Corporation Counsel
Labor & Employment Law Division
Telephone: (212) 356-2658
Email: klinnane@law.nyc.gov

June 18, 2026

**By ECF**

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re: <u>Rashid v. City of New York, et al.</u>
No. 26-cv-04351 (JPO)

Dear Judge Oetken:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, assigned to represent the City of New York ("the City") and Camille Joseph Varlack ("Varlack") (collectively, "Defendants") in the above-referenced action. I write to respectfully request an extension of time, to August 28, 2026, for Defendants to respond to the Complaint. The City's response to the Complaint is currently due on June 23, 2026, and Varlack's response due on June 29, 2026. This is Defendants' first request for an extension of time to respond to the Complaint, and the requested extension does not affect any scheduled dates. Plaintiff consents to the requested extension.

The requested extension is necessary because the Complaint, comprised of 444 paragraphs of allegations, asserts various claims and fifteen (15) causes of action against Defendants, including claims concerning alleged conduct by a number of individuals both currently and formerly employed by the City. Additional time is, therefore, needed to collect and review documents in order to appropriately respond to the Complaint and to speak with potential witnesses concerning Plaintiff's allegations.

Defendants thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *Kathleen M. Linnane*

Kathleen M. Linnane
Assistant Corporation Counsel

cc: All Counsel of Record (by ECF)